

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2016

No. 04-06-00630-CR, 04-06-00631-CR; 04-06-00632-CR; 04-06-00633-CR; 04-06-00634-CR & 04-06-00635-CR.

Melchor **HAWKINS**, Jr.,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 06-01-11867-CR, 06-01-11868-CR, 06-01-11869-CR, 06-01-11870-CR, 06-01-11871-CR & 06-01-11872-CR
Honorable Ricardo H. Garcia, Judge Presiding

**O R D E R**

The motion filed by appellant on August 24, 2016 is dismissed for lack of jurisdiction. *See* Tex. R. App. P. 19.1.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2016.

_____
Keith E. Hottle
Clerk of Court